UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. __14-30394-rld11__
**Bay Club Partners-472, LLC** )
) NOTICE OF **PRELIMINARY**
) HEARING ON MOTION
) ☒ FOR USE OF CASH COLLATERAL
) ☐ TO OBTAIN CREDIT
Debtor(s) ) *(Check One)*

YOU ARE NOTIFIED THAT:

1.   The undersigned moving party, **Bay Club Partners-472, LLC**, filed a Motion ☒ For Use of Cash Collateral ☐ To Obtain Credit *(check one)*. A copy of the motion is attached; and it includes BOTH (i) the statement required by Local Form #541.7, and (ii) the following allegations:

   a.  The immediate and irreparable harm that will come to the estate pending a final hearing is **the inability to pay its ongoing operating expenses and thereby maintain the value of the estate**.

   b.  The amount of ☒ cash collateral ☐ credit *(check one)* necessary to avoid the harm detailed above prior to the final hearing is **as set forth in Exhibit 1 to Debtor's Motion**.

2.   The name and service address of the moving party's attorney (or moving party, if no attorney) are: **Ava L. Schoen, Tonkon Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204**.

3.   A **PRELIMINARY** HEARING on the motion WILL BE HELD ON __01/31/14__ AT __10:00 a.m.__ **by telephone. All parties wishing to participate by telephone should call 1 888 684 8852. When connected, enter "5870400" followed by the "#" key.** Local counsel must appear in Courtroom #3, US Bankruptcy Court, 1001 SW Fifth Avenue, Portland, Oregon 97204. Testimony will be received if offered and admissible.

4.   If you wish to object to the motion, you must do one or both of the following: (1) attend the preliminary hearing; and/or (2) file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), a written response, which states the facts upon which you will rely and, if the response is filed within three business days before the hearing, notify the judge's chambers by telephone immediately after filing the document, as required by LBR 9004-1(b). See Local Form #541.51 for details.

5.   On __01/28/14__ copies of BOTH this notice AND the motion were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

                        **/s/ Ava L. Schoen**
                        Signature
                        **888 SW Fifth Avenue, Suite 1600, Portland, OR 97204**
                        (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541.1 (12/1/13)     **\*\*LOCAL FORM #541.51 ATTACHED IF this NOTICE served on PAPER\*\***

**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial: (503) 802-2013
    Facsimile:   (503) 972-3713
    E-Mail:     al.kennedy@tonkon.com
**Ava L. Schoen**, OSB No. 044072
    Direct Dial: (503) 802-2143
    Facsimile:   (503) 972-3843
    E-Mail:     ava.schoen@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 14-30394-rld11 |
|---|---|
| Bay Club Partners–472, LLC,<br><br>Debtor. | **DEBTOR'S MOTION FOR TEMPORARY AND FINAL AUTHORITY TO USE CASH COLLATERAL**<br><br>*EXPEDITED HEARING REQUESTED* |

Pursuant to 11 U.S.C. § 363(c) and Bankruptcy Rule 4001(b), Bay Club Partners–472, LLC ("Debtor") moves this Court for an order (a) authorizing Debtor to use cash collateral in which Legg Mason Real Estate CDO I, Ltd. ("CDO") has an interest on a temporary basis until a final hearing can be held on this motion; and (b) after final hearing held pursuant to Bankruptcy Rule 4001(c)(2) a final order authorizing Debtor to use cash collateral during the pendency of this case. In support of its motion Debtor states as follows:

    1.    On January 28, 2014 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

1         2.     Debtor has continued in possession of its property and is continuing to
2 operate and manage its business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of
3 the Bankruptcy Code.

4         3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C.
5 §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.
6 This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7         4.     No request has been made for the appointment of a trustee or
8 examiner, and an official committee has not yet been established in this case.

9         5.     Debtor is an Oregon limited liability company formed in 2005 with its
10 principal place of business in Beaverton, Oregon.  Debtor was formed to renovate and
11 operate residential property located at 2121 W. Main St., Mesa, Arizona 85201 known as
12 Midtown on Main Street (the "Property").  The Property has approximately 470 rental units
13 and offers residents amenities including a fitness center, spa, clubhouse, three swimming
14 pools, a covered play area, assigned parking, and 24-hour emergency maintenance services.
15 As of the Petition date, Debtor has renovated all of the Property and has leased
16 approximately 91% of the Property's apartments to residential tenants.  Debtor continues to
17 seek tenants for the remaining spaces.

18         6.     As of the Petition Date, Debtor was indebted to CDO in the
19 approximate principal amount of $24 million. In addition, Debtor has contingent or
20 unliquidated obligations to CDO for certain fees in the approximate amount of $3,198,750.
21 The obligations of Debtor to CDO are secured by a perfected first security interest in
22 substantially all of Debtor's assets, including rents and certain reserves for insurance, taxes,
23 maintenance, and capital expenses, held by NorthMarq Capital, LLC, the loan servicer.

24         7.     In order to preserve and maintain the assets of the estate, Debtor
25 requires cash for the payment of utilities, operating expenses (including taxes and insurance),
26

**Page 2 of 4** - DEBTOR'S MOTION FOR TEMPORARY AND FINAL AUTHORITY TO USE CASH COLLATERAL

and management fees.  Debtor has prepared a budget, a copy of which is attached as **Exhibit 1**.

8. Debtor's budget projects that Debtor will use approximately $230,000 to $390,000 per month from February 2014 through April 2014 for normal and usual operating expenses.  In addition, Debtor will need funds for deposits to utilities, if such deposits are requested.

9. Debtor seeks Court authority to fund the expenses set forth on **Exhibit 1** from both its cash flow and the reserves.

10. It is in the best interest of Debtor, its creditors, and its estate for Debtor to use cash collateral because use of cash collateral will allow the continued operation of Debtor as a going concern and will maximize the likelihood of reorganization, thereby maximizing the recovery to creditors.

11. To provide adequate protection for the use by Debtor of cash in which CDO claims or may claim an interest, Debtor will provide CDO with a continuing security interest in all assets of Debtor from and after the Petition Date of the same category, kind, character, priority, and description as was subject to a perfected and valid security interest in existence on the Petition Date.  As additional adequate protection, commencing on April 28, 2014 and continuing on the 28th day of each month thereafter, Debtor will pay the sum of $55,000 to CDO.  $55,000 is the approximate average amount of interest at the non-default rate that Debtor paid to CDO during the six months preceding the Petition Date.  The adequate protection security interest and payments shall not improve the position of CDO.

12. As additional adequate protection for the use by Debtor of cash in which CDO claims or may claim an interest, Debtor will continue to maintain and manage the Property, pay taxes and insurance on the Property, and protect the Property from diminution in value from and after the Petition Date.

1       13.    To the extent Debtor is permitted to use cash collateral, that use will be reinvested in operating and maintaining the Property and its value which, in turn, will protect CDO's interests.

      14.    To preserve the value of Debtor as a going concern, Debtor requires the use of cash collateral in which CDO has an interest.

      15.    Debtor will suffer immediate and irreparable harm if it is not permitted to use cash collateral in which CDO has an interest.

      16.    None of the provisions listed in L.B.F. 541.7 are included in this motion or the proposed order.

      17.    A copy of the proposed Order Authorizing Use of Cash Collateral and Granting Adequate Protection is attached hereto as **Exhibit 2**.

WHEREFORE, Debtor prays that this Court enter an interim order (a) authorizing Debtor to use cash collateral, pending a final hearing on this motion; (b) granting to CDO adequate protection as herein proposed or as otherwise approved by the Court; and (c) setting a final hearing on this motion.

DATED this 28th day of January, 2014.

TONKON TORP LLP

By */s/ Ava L. Schoen*
    Albert N. Kennedy, OSB No. 821429
    Ava L. Schoen, OSB No. 044072
    Attorneys for Debtor

**Page 4 of 4** - DEBTOR'S MOTION FOR TEMPORARY AND FINAL AUTHORITY TO USE CASH COLLATERAL

# EXHIBIT 1

## BUDGET

|  | Feb-14 | Mar-14 | Apr-14 |
|---|---:|---:|---:|
| TOTAL RENTAL INCOME | 280,000 | 280,000 | 280,000 |
| TOTAL OTHER REVENUE | 28,000 | 28,000 | 28,000 |
| **TOTAL INCOME** | **308,000** | **308,000** | **308,000** |
| OFFICE AND GENERAL ADMIN | 13,000 | 13,000 | 13,000 |
| MANAGEMENT PAID PAYROLL EXPENSE | 49,000 | 49,000 | 49,000 |
| MARKETING & INTERNET ADVERTISING | 9,000 | 9,000 | 9,000 |
| ELECTRICITY | 4,500 | 4,500 | 4,500 |
| GAS | 900 | 900 | 900 |
| WATER | 19,000 | 19,000 | 19,000 |
| REPAIRS & MAINTENANCE | 32,000 | 32,000 | 32,000 |
| SUPPLY EXPENSE | 15,000 | 15,000 | 15,000 |
| MISCELLANEOUS | 20,000 | 20,000 | 20,000 |
| MANAGEMENT FEE (2.75% Gross Income) | 8,470 | 8,470 | 8,470 |
| CONTRACT-LANDSCAPE | 4,500 | 4,500 | 4,500 |
| CONTRACT-SECURITY SERVICE | 1,500 | 1,500 | 1,500 |
| CONTRACT-FIRE PROTECTION | 500 | 500 | 500 |
| CONTRACT-PEST CONTROL | 2,500 | 2,500 | 2,500 |
| CONTRACT-PARKING LOT SWEEP | 550 | 550 | 550 |
| TRASH REMOVAL | 2,600 | 2,600 | 2,600 |
| APPLIANCES | 15,000 | 15,000 | 15,000 |
| WATER HEATERS | 2,000 | 2,000 | 2,000 |
| CARPET / VINYL REPLACEMENT | 18,000 | 18,000 | 18,000 |
| HVAC | 9,000 | 9,000 | 9,000 |
| PERSONAL PROPERTY / OFFICE EQUIPMENT | 3,000 | 3,000 | 3,000 |
| INSURANCE, PROPERTY & CASUALTY (from reserves) | 54,691 | 0 | 0 |
| REAL PROPERTY TAXES (JULY-DECEMBER 2013) (from reserves) | 0 | 0 | 100,748 |
| US TRUSTEE FEES | 0 | 0 | 4,875 |
| INTEREST PAYMENT TO LENDER (NON DEFAULT CONTRACT RATE) | 0 | 0 | 55,000 |
| **TOTAL EXPENSES** | **284,711** | **230,020** | **390,643** |

# EXHIBIT 2

**PROPOSED FORM OF ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Bay Club Partners–472, LLC,

               Debtor.

Case No. 14-30394-rld11

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

       THIS MATTER having come before the Court for an interim hearing on the Debtor's Motion for Temporary and Final Authority to Use Cash Collateral (the "Motion"), the Court has reviewed the Motion and the files and records in this case, has heard the statements of counsel on the record, has been advised by Debtor that Legg Mason Real Estate CDO I, Ltd. ("CDO") claims a security interest in Debtor's cash collateral, and being otherwise fully advised; The Court finds as follows:

       1.     The notice given to creditors of this hearing was adequate;

       2.     Debtor has an immediate need for the use of cash collateral to protect the estate from harm and preserve its value and will suffer irreparable harm if the immediate use of cash is not granted.

       IT IS THEREFORE ORDERED that:

**Page 1 of 3** - INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

1. The Motion is approved on an interim basis without prejudice to other parties in interest.

2. Pending further hearing on the use of cash collateral, Debtor is authorized to use cash collateral, including cash flow and funds held in reserve by the CDO, within the parameters of the budget attached hereto as **Exhibit 1**, so long as such use does not exceed the budget by more than 10% on a cumulative basis; provided, however, that the use of cash collateral may be continued on an interim basis by mutual consent of Debtor and CDO, subject to approval of the Court.

3. CDO will continue to have security interests in Debtor's real property, leases, rents, and accounts to the same extent and to with the same priority that CDO held valid and perfected security interests and liens as of the Petition Date.

4. As additional Adequate Protection, commencing on April 20, 2014 and continuing on the 20th day of each month thereafter during the pendency of this case, Debtor will pay $55,000 to CDO.

5. Nothing herein shall be construed to enhance the secured position of CDO as it existed on the date of the filing of the petition.

IT IS FURTHER ORDERED that a further hearing on Debtor's Motion for Temporary and Final Authority to Use Cash Collateral shall be held by telephone on _____, _____, 2014, at _____ a.m./p.m.  Local counsel to appear in in Courtroom #3, United States Bankruptcy Court, 1001 SW Fifth Avenue, Portland, Oregon. Debtor shall provide notice thereof.

# # #

\* \* \*

\* \* \*

\* \* \*

\* \* \*

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

TONKON TORP LLP


By _____
    Albert N. Kennedy, OSB No. 821429
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:   503-221-1440
    Facsimile:    503-274-8779
    E-mail:         al.kennedy@tonkon.com
                        ava.schoen@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

# EXHIBIT 1

## BUDGET

|                                                              | Feb-14  | Mar-14  | Apr-14  |
|--------------------------------------------------------------|---------|---------|---------|
| TOTAL RENTAL INCOME                                          | 280,000 | 280,000 | 280,000 |
| TOTAL OTHER REVENUE                                          | 28,000  | 28,000  | 28,000  |
| **TOTAL INCOME**                                             | **308,000** | **308,000** | **308,000** |
| OFFICE AND GENERAL ADMIN                                     | 13,000  | 13,000  | 13,000  |
| MANAGEMENT PAID PAYROLL EXPENSE                              | 49,000  | 49,000  | 49,000  |
| MARKETING & INTERNET ADVERTISING                             | 9,000   | 9,000   | 9,000   |
| ELECTRICITY                                                  | 4,500   | 4,500   | 4,500   |
| GAS                                                          | 900     | 900     | 900     |
| WATER                                                        | 19,000  | 19,000  | 19,000  |
| REPAIRS & MAINTENANCE                                        | 32,000  | 32,000  | 32,000  |
| SUPPLY EXPENSE                                               | 15,000  | 15,000  | 15,000  |
| MISCELLANEOUS                                                | 20,000  | 20,000  | 20,000  |
| MANAGEMENT FEE (2.75% Gross Income)                          | 8,470   | 8,470   | 8,470   |
| CONTRACT-LANDSCAPE                                           | 4,500   | 4,500   | 4,500   |
| CONTRACT-SECURITY SERVICE                                    | 1,500   | 1,500   | 1,500   |
| CONTRACT-FIRE PROTECTION                                     | 500     | 500     | 500     |
| CONTRACT-PEST CONTROL                                        | 2,500   | 2,500   | 2,500   |
| CONTRACT-PARKING LOT SWEEP                                   | 550     | 550     | 550     |
| TRASH REMOVAL                                                | 2,600   | 2,600   | 2,600   |
| APPLIANCES                                                   | 15,000  | 15,000  | 15,000  |
| WATER HEATERS                                                | 2,000   | 2,000   | 2,000   |
| CARPET / VINYL REPLACEMENT                                   | 18,000  | 18,000  | 18,000  |
| HVAC                                                         | 9,000   | 9,000   | 9,000   |
| PERSONAL PROPERTY / OFFICE EQUIPMENT                         | 3,000   | 3,000   | 3,000   |
| INSURANCE, PROPERTY & CASUALTY (from reserves)               | 54,691  | 0       | 0       |
| REAL PROPERTY TAXES (JULY-DECEMBER 2013) (from reserves)     | 0       | 0       | 100,748 |
| US TRUSTEE FEES                                              | 0       | 0       | 4,875   |
| INTEREST PAYMENT TO LENDER (NON DEFAULT CONTRACT RATE)       | 0       | 0       | 55,000  |
| **TOTAL EXPENSES**                                           | **284,711** | **230,020** | **390,643** |

1                                         CERTIFICATE OF SERVICE

2           I hereby certify that the foregoing **DEBTOR'S MOTION FOR TEMPORARY AND FINAL AUTHORITY TO USE CASH COLLATERAL** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

          In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

          DATED this 28th day of January, 2014.

                             TONKON TORP LLP

                             By */s/ Ava L. Schoen*
                                   Albert N. Kennedy, OSB No. 821429
                                   Ava L. Schoen, OSB No. 044072
                                   Attorneys for Debtor

**Page 1 of 1** - CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

## *In re Bay Club Partners-472, LLC*
### U.S. Bankruptcy Court Case No. 14-30394-rld11

## ECF PARTICIPANTS

- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITOR**

LEGG Mason Real Estate CDO I, Ltd.
10880 Wilshire Blvd. #1750
Los Angeles CA 90024

LEGG Mason Real Estate CDO I, Ltd.
c/o Latitude Management Real
 Estate Investors, Inc.
Attn: Michael Schlesinger
350 S. Beverly Dr. #300
Beverly Hills CA 90212
Phone: 310-234-2100
Fax: 310-234-2450

**TOP 20 UNSECURED CREDITORS**

SMD Remodeling LLC
3102 57th Ave.
Phoenix, AZ 85031
Phone: 602-348-7989
Fax: 623-849-1671

HD Supply Facilities
 Maintenance, L.T.D.
POB 509058
San Diego, CA 92150-9058
Phone: 858-831-2573
Fax: 800-859-8889

IDT Landscaping LLC
1876 3rd St
Tempe, AZ 85281
Phone: 480-829-8530
Fax: 480-829-9395

J.R. McDade Co. Inc.
1102 N. 21st Ave.
Phoenix, AZ 85009
Phone: 602-955-9400
Fax: 480-951-3161

AZ Partsmaster
POB 23169
Phoenix, AZ 85063
Phone: 520-573-5828
Fax: 602-233-3607

AZ Brite Carpet Care
1602 N Gilbert Rd
Mesa, AZ 85203
Phone: 480-962-5876
Fax: 480-962-6134

Wildcat Fire Protection
2929 Clarendon Ave.
Phoenix, AZ 85017
Phone: 623-695-3609
Fax: 602-495-9291

Apartments Resurfacing
3039 W. Peoria Ave. C102 #115
Phoenix, AZ 85029
Phone: 602-468-0739
Fax: 602-955-6188

P & J's Painting Inc
273 S. Link Creek Rd.
Prescott, AZ 86303
Phone: 623-695-3609

Level One LLC
POB 671476
Dallas, TX 75267-1476
Phone: 864-331-4300
Fax: 800-866-8736

Rainforest Plumbing & Air
127 S. Weber Dr.
Chandler, AZ 85226
Phone: 480-615-7766
Fax: 866-760-6320

Valley Protective Services Inc
POB 11568
Chandler, AZ 85248
Phone: 480-777-0003
Fax: 480-777-0004

Sherwin Williams Co.
2760 E. Main St. #105
Mesa, AZ 85213-9275
Phone: 480-926-9793
Fax: 480-926-4969

Apartment Interior Supply
POB 41570
Mesa, AZ 85274
Phone: 480-694-7600
Fax: 480-964-7610

Maria Gonzales
dba Allshine Cleaning
POB 41253
Mesa, AZ 85274
Phone: 602-690-4632
Fax: 602-404-3508

Burns Pest Elimination Inc
2620 W. Grovers Ave.
Phoenix, AZ 85053
Phone: 602-971-4782
Fax: 602-870-4563

Leslies Poolmart, Inc.
POB 501162
St. Louis, MO 63150
Phone: 602-366-3789

Maintenance Supply Headquarters
POB 301451
Dallas TX 75303
Phone: 832-221-5910
Fax: 972-934-6101

Koglmeier Law Group, PLC
715 Gilbert Rd #2
Mesa AZ 85203
Phone: 480-962-5353
Fax: 480-962-0010

AAA Landlord Services, Inc.
POB 5960
Mesa AZ 85211
Phone: 480-668-5953
Fax: 480-668-7425

**UTILITIES**

CenturyLink
POB 29040
Phoenix AZ 85038
Phone: 1877-744-4416
Fax: 800-366-2382

City of Mesa
POB 1878
Mesa AZ 85211-1878
Phone: 480-644-2221
Fax: 480-644-2834

Salt River Project
POB 80062
Prescott AZ 86304
Phone: 602-236-8888
Fax: 602-629-8379

YES Energy Management, Inc.
2150 Lelaray Street
Colorado Springs CO 80908
Phone: 719-632-9100
Fax: 719-632-2265